GEORGE W. SAULSBERRY, Respondent, Appellant, v. FRED A. CHURCH, Appellant, Respondent, Impleaded with Another.— Action by owner of property to recover from his tenant rent reserved in a written lease. Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCES W. KING, Appellant.— Judgment convicting defendant of the crime of blackmail unanimously modified by reducing sentence to not less than three nor more than six years, and as so modified affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BILLIE BENNETT, Appellant.— Judgment convicting defendant of violation of article 22, section 422, of the Public Health Law* (possession of drugs) unanimously reversed and the information dismissed, on the ground that the testimony does not show that defendant was guilty beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ZEFFERT, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHERAY, INC., Appellant, Impleaded with Another.— Judgments convicting defendants of violations of section 2354 of the Penal Law (using a false and counterfeit trademark) reversed and a new trial ordered. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote for affirmance.

JOSEPH SAGER, Respondent, v. HENRY FRIEDMAN and Another, Appellants, Impleaded with KAUFWEIN REALTY Co., INC., Defendant.— Action to set aside a fraudulent assignment and for other relief. Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial on the ground that a proper measure of damages was not applied.

MOLLIE SCHWARTZ and Another, Respondents, v. GLAUBACH BAKING, INC., Appellant, Impleaded with Another.— Action for personal injuries sustained by wife by reason of negligence of defendants in the operation of motor truck, and by the husband for loss of services. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Mollie Schwartz to the sum of $2,173.35, and as entered in favor of the plaintiff Albert Schwartz to the sum of $250.58; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LENA RINZLER, Also Known as LENA LEIB, Suing as LENA RINSLER, Also Known as LENA LEIB, Respondent, v. CITIZENS SAVINGS BANK, Sued as CITIZENS SAVINGS BANK OF THE CITY OF NEW YORK, Appellant.— Action for the return of a deposit made by plaintiff with the defendant bank. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

---

* Added by Laws of 1933, chap. 684.—[REP.